

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00547-CV

**IN THE INTEREST OF T.S.P.**, A Child,

From the County Court at Law, Medina County, Texas
Trial Court No. 07-06-4710-CCL
Honorable Vivian Torres, Judge Presiding

## O R D E R

Appellant's notice of appeal states appellant intends to appeal both the Order Holding Respondent in Contempt and Granting Judgment and the Order Committing Respondent to the Medina County Jail. Although the appellant is entitled to appeal the portions of the order granting judgment, including the determination of arrearages and the award of attorney's fees, this court lacks jurisdiction to review a contempt order on direct appeal. *In re Office of Atty. Gen. of Tex.*, 215 S.W.3d 913, 916 (Tex. App.—Fort Worth 2007, orig. proceeding); *see also McFadden v. Deedler*, No. 03-13-00486-CV, 2014 WL 4364540 (Tex. App.—Dallas Aug. 27, 2014, no pet.) (mem. op.). It is therefore ORDERED that appellant show cause in writing within two weeks from the date of this order why this court has jurisdiction to consider any issue raised in this appeal with regard to the contempt orders. If a timely response is not filed, this appeal will proceed only as to those issues that do not pertain to the contempt orders.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court